Mr. Justice Waggoner delivered the opinion of the court.

---

**John E. Murray, appellee, v. Vandalia Railroad Company, appellant.**

Action to recover damages to land from structures erected on adjoining land. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1918. Reversed and re-

manded.    Opinion filed April 29, 1919.    Rehearing denied July 9, 1919.

McCullough & Wierman, for appellant.    Whitley & Fitzgerald and John A. Walgren, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.